# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Benjamin R. Seagle, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14cv54 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2014 Order.

July 29, 2014

Frank G. Johns, Clerk
United States District Court